IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CV-08-35-N-BLW |
| Plaintiff, | ) | |
| | ) | Ninth Circuit No. 09-30282 |
| v. | ) | |
| | ) | **ORDER** |
| ROBERT EUGENE BREWSTER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY ORDERED that Greg S. Silvey, Esq. shall be appointed by this Court to represent the above-named Defendant for appeal purposes only.

DATED: **July 23, 2009**

B. LYNN WINMILL
Chief Judge
United States District Court